USDC SCAN INDEX SHEET

















JOEH    12/8/05    16:12

3:05-CV-02198   PC SPECIALISTS INC V. THEYER INTERACTIVE

*1*

*CMP.*

1 | Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar No. 209842
2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
3 | San Diego, California 92101-3372
Telephone No.: 619.236.1414
4 | Fax No.: 619.232.8311

5 | Attorneys for Plaintiff PC SPECIALISTS, INC.

FILED
DEC 1 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

PC SPECIALISTS, INC., a California corporation,

Plaintiff,

v.

THAYER INTERACTIVE GROUP LLC, a Delaware limited liability company,

Defendant.

Case No. 05CV 2198   B   JMA

**COMPLAINT OF PC SPECIALISTS, INC. FOR (1) TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114; (2) FALSE DESIGNATION OF ORIGIN AND FEDERAL UNFAIR COMPETITION – 15 U.S.C. § 1125(a); (3) DILUTION – 15 U.S.C. § 1125(c)(1); (4) FEDERAL COMMON LAW TRADEMARK INFRINGEMENT; (5) CYBERSQUATTING - 15 U.S.C. § 1125(d); AND (6) UNFAIR COMPETITION – CAL. BUS. & PROF. CODE § 17200; DEMAND FOR JURY TRIAL**

Plaintiff PC Specialists, Inc. hereby complains of Thayer Interactive Group LLC, a Delaware limited liability company.

## JURISDICTION AND VENUE

1.    The Court has subject matter jurisdiction over this federal trademark infringement action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331.  The Court has pendent jurisdiction of the claims alleged herein arising under state law pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

2.    This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 as there is complete diversity between the Plaintiff and Defendant and the amount in controversy exceeds the sum of $75,000.

1

3.     Plaintiff is informed and believes and thereon alleges, that venue is proper in this district under 28 U.S.C. § 1391, and because Defendant's acts of trademark infringement, cybersquatting and unfair competition complained of herein have occurred and are occurring in this judicial district.

## GENERAL ALLEGATIONS

4.     Plaintiff PC Specialists, Inc. is a corporation organized and existing under the laws of the State of California that is doing business as Technology Integration Group ("TIG").  Since 1983, TIG has been engaged in the business of providing computer related goods and services to consumers including, but not limited to, the following:   computer hardware and computer software;  hardware, software and network installation, support and maintenance services; hardware, software and network integration services; hardware, software and network design services; hardware, software and network management and control services; managed data center services; web site design and web site hosting services (hereinafter collectively referred to as the "TIG Goods and Services").

5.     TIG owns all right, title and interest in the service mark "TIG," which is the subject of United States Service Mark Registration Number 2,720,478.  TIG registered the mark TIG on June 3, 2003.  A true and correct copy of the service mark registration for the mark TIG is attached hereto as Exhibit 1.

6.     TIG first used the mark TIG in commerce on April 1, 2000, and since that time has used the mark continuously and consistently in connection with the sale, marketing and distribution of the TIG Goods and Services.

7.     TIG also owns all right, title and interest in the service mark "TECHNOLOGY INTEGRATION GROUP," which is the subject of United States Service Mark Registration Number 2,391,057.  TIG registered the mark TECHNOLOGY INTEGRATION GROUP on October 3, 2000.  A true and correct copy of the service mark registration for the mark TECHNOLOGY INTEGRATION GROUP is attached hereto as Exhibit 2.

/ / /

/ / /

2

8.    TIG first used the mark TECHNOLOGY INTEGRATION GROUP in commerce on January 1, 1994, and since that time has used the mark continuously and consistently in connection with the sale, marketing and distribution of the TIG Goods and Services.

9.    *The service marks TIG and TECHNOLOGY INTEGRATION GROUP are* collectively referred to herein as the "TIG MARKS."

10.    TIG is the registered owner of the domain name "www.tig.com," through which it advertises, markets and sells the TIG Goods and Services.

11.    As a result of the extensive and continued use of the TIG MARKS in connection with the advertisement and sale of goods and services related to computer system design, installation, integration management and technical support, consumers have come to recognize and identify the TIG MARKS as representative of quality products and services provided by TIG. The TIG MARKS have become a valuable asset of TIG as well as a symbol of its goodwill and positive business reputation.

12.    As a result of the time, financial resources, advertising, promotion, experience, care and service that have been invested in marketing, promoting, servicing and selling the TIG Goods and Services, TIG has acquired a reputation for high quality goods and services related to computer hardware and software, computer system design, installation, integration management and technical support.

13.    TIG is informed and believes and thereon alleges, that Defendant Thayer International Group LLC is a limited liability company organized and existing under the laws of the State of Delaware that is doing business as TIG Global ("TIG GLOBAL"). TIG is further informed and believes and thereon alleges, that TIG GLOBAL is in the business of providing goods and services that are substantially similar to the TIG Goods and Services including, but not limited to, website design, development and maintenance, interactive website marketing software programs, internet search engine systems and programs, e-mail marketing systems and data analysis systems.

/ / /

/ / /

3

1      14.    TIG is informed and believes and based thereon alleges, that TIG GLOBAL has
used and continues to use various marks incorporating the TIG MARKS in connection with the
marketing and advertisement of its goods and services.  For example, TIG is informed and
believes and thereon alleges, that TIG GLOBAL has registered and is operating the domain name
"www.tigglobal.com."  An abstract of the domain name registration for "www.tigglobal.com" is
attached hereto as Exhibit 3.

15.    Through its web site "www.tigglobal.com," TIG GLOBAL repeatedly utilizes the
TIG MARKS, or confusingly similar manifestations thereof, to describe, market and advertise its
goods and services. A true and correct copy of all pages appearing on the web site
"www.tigglobal.com" is attached hereto as Exhibit 4.

16.    TIG is informed and believes and based thereon alleges, that TIG GLOBAL has,
and continues to direct its marketing efforts to the hospitality industry, including members of the
hospitality industry located in this judicial district.  TIG has hundreds of hospitality industry
clients, many of them located in this district.  As a result of TIG GLOBAL's use of the TIG
MARKS, actual confusion has occurred in this district, and is likely to continue to occur, as a
result of TIG GLOBAL's wrongful conduct.

17.    TIG has demanded in writing that TIG GLOBAL cease and desist from any and all
unauthorized use of the mark TIG MARKS.  TIG GLOBAL has refused to comply with TIG's
demand.  TIG GLOBAL's continued use of the TIG MARKS is unlawful and amounts to a
knowing and willful violation of TIG's rights in the TIG MARKS.

18.    TIG GLOBAL's unauthorized use of the TIG MARKS has caused and is likely to
continue to cause confusion, mistake and deception sufficient to constitute infringement of TIG's
rights in and to its marks, to constitute a false designation of the origin of TIG GLOBAL's goods
and services, to dilute TIG's valuable trademark rights, to constitute cybersquatting and to
constitute unfair competition, irreparably damaging TIG and its rights in and to the TIG MARKS.

///
///
///

4

**FIRST CLAIM FOR RELIEF**

**(Federal Trademark Infringement - 15 U.S.C. § 1114)**

19.     TIG hereby incorporates paragraphs 1 through 17 by reference as though fully set forth herein.

20.     The actions of TIG GLOBAL described herein constitute infringement of the TIG MARKS in violation of section 32(b) of the Lanham Act, 15 U.S.C. § 1114(1).

21.     TIG GLOBAL's willful, deliberate and unauthorized use of the TIG MARKS has caused confusion and is likely to continue to cause confusion, mistake and deception in that consumers are likely to associate and believe TIG GLOBAL's goods and services are associated with, connected to, affiliated with, authorized by, endorsed by, and/or sponsored by TIG, in violation of Section 32(b) of the Lanham Act, 15 U.S.C. § 1114(1).

22.     As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to continue to cause a loss of sales and profits for TIG. TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public, who is confused by TIG GLOBAL's unauthorized use of the TIG MARKS, unless restrained and enjoined by this Court.  TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

23.     As a further direct and proximate result of TIG GLOBAL's actions, TIG has been damaged and will continue to sustain damage and is entitled to receive compensation arising from its lost sales, lost profits, and efforts necessary to minimize and/or prevent customer confusion, in an amount to be proven at the time of trial.  In addition, TIG is entitled to disgorge TIG GLOBAL's profits, and is entitled to interest and to its attorneys' fees and costs in bringing this action, all in an amount to be proven at the time of trial.  TIG is further entitled to injunctive relief as set forth above, and to all other and further forms of relief this Court deems appropriate.

24.     The damages sustained by TIG as a result of the conduct alleged herein should be trebled in accordance with 15 U.S.C. § 1117(b).

///

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin and Federal Unfair Competition - 15 U.S.C. § 1125(a))

25.     TIG hereby incorporates paragraphs 1 through 23 by reference as though fully set forth herein.

26.     TIG GLOBAL's unauthorized use of the TIG MARKS in connection with the marketing, advertising, promotion, offering for sale and selling of its goods and services constitutes unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because TIG GLOBAL's use suggests a false designation of the origin of its goods and services.

27.     As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to cause continuing loss of sales and profits to TIG. TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public who is deceived as to the source of TIG GLOBAL's goods and services, unless restrained and enjoined by this Court. TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

28.     As a further direct and proximate result of TIG GLOBAL's actions, TIG has been and will be damaged and is entitled to receive compensation arising from its lost sales, lost profits and efforts necessary to minimize and/or prevent customer confusion, in an amount to be proven at the time of trial. In addition, TIG is entitled to disgorge TIG GLOBAL's profits, and is entitled to interest and to its attorneys' fees and costs in bringing this action, all in an amount to be proven at trial. TIG is further entitled to injunctive relief, as set forth above, and to all other and further forms of relief this Court deems appropriate.

29.     The damages sustained by TIG as a result of the conduct alleged herein should be trebled in accordance with 15 U.S.C. § 1117(b).

/ / /

/ / /

/ / /

**THIRD CLAIM FOR RELIEF**

**(Federal Dilution - 15 U.S.C. § 1125(c)(1))**

30.    TIG hereby incorporates paragraphs 1 through 28 by reference as though fully set forth herein.

31.    TIG has invested substantial financial resources to market the TIG Goods and Services.  As a result, the TIG MARKS have become "famous" and "distinctive" pursuant to Section 43(c) of the Lanham Act, 15 U.S.C. 1125(c).

32.    TIG is informed and believes and thereon alleges, that notwithstanding TIG GLOBAL's knowledge of TIG's federal registration and common law rights in the TIG MARKS, TIG GLOBAL has commercially used, reproduced, copied or colorably imitated the TIG MARKS in connection with the sale, offering for sale, distribution and/or advertising of goods and services in a manner which will likely cause confusion, mistake or deception among the purchasing public as to the source of the goods and services.  TIG GLOBAL's conduct in this regard is likely to dilute the distinctive qualities of the TIG MARKS by lessening the capacity of such marks to identify and distinguish the TIG Goods and Services in the marketplace, and has resulted in an actual present injury to the TIG MARKS, in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

33.    As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to cause continuing loss of sales and profits to TIG.  TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public unless restrained and enjoined by this Court.  TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

34.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been and will continue to be damaged and is entitled to receive compensation arising from such damages including its lost sales, lost profits, and for all expenses necessary to minimize and/or prevent customer confusion, in an amount to be proven at the time of trial.  In addition, TIG is entitled to disgorge TIG GLOBAL's profits, and is entitled to interest and to recovery of its

7

1   attorneys' fees and costs in bringing this action, all in an amount to be proven at trial.  TIG is

2   further entitled to injunctive relief, as set forth above, and to all other and further forms of relief

3   this Court deems appropriate.

4        35.    The damages sustained by TIG as a result of the conduct alleged herein should be

5   trebled in accordance with 15 U.S.C. § 1117(b).

6                          **FOURTH CLAIM FOR RELIEF**

7                   **(Federal Common Law Trademark Infringement)**

8        36.    TIG hereby incorporates paragraphs 1 through 34 by reference as though fully set

9   forth herein.

10       37.    The actions of TIG GLOBAL described herein constitute infringement of TIG's

11  service mark rights under federal common law.

12       38.    As a direct and proximate result of TIG GLOBAL's actions, TIG has suffered and

13  will suffer general damages according to proof at trial.

14       39.    As a further direct and proximate result of TIG GLOBAL's unauthorized use of the

15  TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and

16  reputation, and has caused and is likely to continue to cause lost sales and lost profits to TIG.  TIG

17  GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the

18  public confused by TIG GLOBAL's unauthorized use of the TIG MARKS, unless restrained and

19  enjoined by this Court.  TIG has no adequate remedy at law to prevent TIG GLOBAL from

20  continuing its infringing actions and from injuring TIG.

21       40.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been

22  damaged and is entitled to receive compensation arising from its lost sales, lost profits, and for all

23  expenses necessary to minimize and/or prevent customer confusion.  TIG is also entitled to

24  disgorge TIG GLOBAL's profits, to interest, and to recovery of its attorneys' fees and costs in

25  bringing this action, all in an amount to be proven at the time of trial.  TIG is further entitled to

26  injunctive relief as set forth above, and to all other and further forms of relief this Court deems

27  appropriate.

28  / / /

8

## FIFTH CLAIM FOR RELIEF

### (Cybersquatting - 15 U.S.C. § 1125(d))

41.    TIG realleges and incorporates herein Paragraph 1 through 39, inclusive.

42.    TIG GLOBAL has a bad faith intent to profit from its domain name "www.tigglobal.com," given that:

(a)    TIG GLOBAL has registered, trafficked in and/or used a domain name that is substantially similar to the TIG MARKS;

(b)    TIG GLOBAL has planned to divert, has diverted and is diverting consumers away from TIG and its web site to TIG GLOBAL's own web site for commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation, association or endorsement of TIG GLOBAL's web sites and use of the domain name "www.tigglobal.com."

(c)    TIG GLOBAL has no valid trademark or other intellectual property rights in the domain name "www.tigglobal.com." Such registration, trafficking and/or use is actionable under the Anticybersquatting Consumer Protection Act, Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

43.    As a direct and proximate result of TIG GLOBAL's actions described herein, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to continue causing a loss of sales and profits to TIG. TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public confused by TIG GLOBAL's unauthorized use of the TIG MARKS in connection with its web site. TIG GLOBAL must be restrained and enjoined by this Court from such unauthorized conduct. TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

44.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been damaged and will continue to be damaged. TIG is entitled to receive compensation arising from its lost sales, lost profits, and for all expenses necessary to minimize and/or prevent customer confusion. In addition, TIG is entitled to disgorge TIG GLOBAL's profits, to interest, and to recovery of its attorneys' fees and costs incurred in bringing this action, all in an amount to be

1  proven at the time of trial.  TIG is also entitled to injunctive relief as set forth above, and to all

2  other and further forms of relief this Court deems appropriate.

3       45.    The damages sustained by TIG as a result of the conduct alleged herein should be

4  trebled in accordance with 15 U.S.C. § 1117(b).

5                          **SIXTH CLAIM FOR RELIEF**

6              **(Unfair Competition – Cal. Bus. & Prof. Code § 17200 *et seq*.)**

7       46.    TIG realleges and incorporates herein Paragraph 1 through 44, inclusive.

8       47.    The actions of TIG GLOBAL described herein constitute unlawful, unfair, and

9  fraudulent business acts and practices, in violation of California Business & Professions Code §

10  17200.

11      48.    TIG GLOBAL's unauthorized use of the TIG MARKS has caused, and is likely to

12  continue to cause confusion, mistake and deception in that consumers are likely to associate and

13  believe that TIG GLOBAL's goods and services are associated with, connected to, affiliated with,

14  authorized by, endorsed by, and/or sponsored by TIG in violation of California Business &

15  Professions Code § 17200 *et seq.*

16      49.    As a result of these acts, TIG GLOBAL has received and will continue to receive

17  sales and profits generated from the strength of TIG's success, goodwill, and consumer

18  recognition.

19      50.    TIG has suffered and will continue to suffer damages as a direct result of TIG

20  GLOBAL's conduct as described herein, and such damage will continue unless the Court enjoins

21  TIG GLOBAL's use of the TIG MARKS.

22      51.    TIG GLOBAL should be required to restore to TIG any and all profits earned as a

23  result of its unlawful and unfair actions.  TIG GLOBAL should be held accountable for all profits

24  wrongfully obtained through appropriate restitution.

25      52.    As a proximate and legal result of TIG GLOBAL's wrongful conduct, TIG has

26  been damaged in its business relationships with its current and prospective customers, and has

27  suffered damages in the form of lost profits, loss of reputation and loss of goodwill.

28  / / /

10

**ALLEGATIONS OF DAMAGE**

53.    Because of TIG GLOBAL's acts, as alleged above in TIG's First through Sixth Causes of Action, TIG has suffered, and will continue to suffer, damage to its business, reputation and goodwill, and will endure the loss of sales and profits, which TIG would have made but for TIG GLOBAL's acts of infringement and unfair competition.

54.    TIG GLOBAL will continue to do the acts complained of above, and, unless restrained and enjoined, will continue to cause TIG irreparable damage, including injuries to its business reputation.  It would be difficult to ascertain the amount of compensation that could afford TIG adequate relief for such continuing acts.  TIG's remedy at law is not adequate to compensate it for injuries suffered and likely to continue to be suffered.  TIG is entitled to injunctive relief as provided in 15 U.S.C. § 1116 and California Civil Code § 3420 *et seq.*

55.    All of TIG GLOBAL's acts complained of herein are deliberate, willful and malicious, and have been committed with the intent to cause injury to TIG and its property rights in the TIG MARKS.  TIG is therefore entitled to treble damages and attorneys' fees under 15 U.S.C. § 1117(a)-(b), and to punitive damages under California common law.

**PRAYER FOR RELIEF**

WHEREFORE, TIG respectfully requests judgment by this Court that:

1.    The TIG MARKS have been infringed by TIG GLOBAL's acts under 15 U.S.C. § 1114 and federal common law;

2.    TIG GLOBAL has unfairly competed with TIG in violation of 15 U.S.C. § 1125 and California Business and Professions Code § 17200, *et seq.*;

3.    TIG recover damages from TIG GLOBAL for TIG GLOBAL's acts of federal trademark infringement, dilution and unfair competition, and that these damages be trebled under 15 U.S.C. § 1117(b) because TIG GLOBAL's acts have been willful, and that TIG be awarded its reasonable attorneys' fees.

4.    TIG recover damages from TIG GLOBAL for TIG GLOBAL's acts of unfair competition, common law trademark infringement, and unjust enrichment, and that TIG further recover punitive damages under California law because TIG GLOBAL's acts have been willful.

11

5.     TIG GLOBAL, its officers, shareholders, directors, agents, servants, employees, attorneys, parent company, confederates and all persons in active concert or participation with them, be enjoined:

(a)     From using any combination, reproduction, counterfeit, copy or colorable imitation of the TIG MARKS in connection with the advertising, offering for sale, or sale of goods or services the same or similar to those offered by TIG, or likely to be confused with those of TIG, or likely to injure TIG's business reputation or the reputation of the TIG MARKS;

(b)     From using any combination, reproduction, counterfeit, copy or colorable imitation of the TIG MARKS in any manner likely to cause confusion, to cause mistake or to deceive;

(c)     From selling, offering to sell, advertising, promoting, or passing off, inducing or enabling others to sell, offer to sell, advertise, promote, or pass off any goods or services similar to the goods and services provided by TIG under a name or mark the same as or similar to the TIG MARKS;

(d)     From committing any acts calculated to cause purchasers to believe that TIG GLOBAL's goods and services are the goods and services of TIG in whole or in part;

(e)     From creating, operating, maintaining or otherwise using web site domain names that are the same as or confusingly similar to the TIG MARKS including, but not limited to, the domain name "www.tigglobal.com," and that such domain name be assigned and/or transferred to TIG; and

(f)     From otherwise competing unfairly with TIG in any manner, including, but not limited to, infringing usage of the TIG MARKS or any confusingly similar marks.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12

1        6.    TIG requests such other and further relief to which it may show itself entitled.

2    DATED: December  1 , 2005    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

3

4        By: _____

5        Callie A. Bjurstrom
         Michelle A. Herrera
6        Attorneys for Plaintiff
         PC SPECIALISTS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

1

## DEMAND FOR JURY TRIAL

2    Plaintiff PC Specialists, Inc. hereby demands a trial by jury pursuant to Rule 38 of the

3    Federal Rules of Civil Procedure.

4    DATED: December _1_, 2005        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

5

6                                    By: _____

7                                        Callie A. Bjurstrom
                                         Michelle A. Herrera
8                                        Attorneys for Plaintiff
                                         PC SPECIALISTS, INC.
9

10   2127230.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Int. Cls.: 37 and 42 | |
| Prior U.S. Cls.: 100, 101, 103 and 106 | Reg. No. 2,720,478 |
| United States Patent and Trademark Office | Registered June 3, 2003 |
| Corrected | OG Date Sep. 7, 2004 |

## SERVICE MARK
## PRINCIPAL REGISTER

### TIG

PC SPECIALISTS, INC. (CALIFORNIA CORPORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK INSTALLATION, SUPPORT AND MAINTENANCE SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).
FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

FOR: COMPUTER HARDWARE, SOFTWARE AND NETWORK INTEGRATION SERVICES; COMPUTER HARD-WARE, SOFTWARE AND NETWORK DESIGN SERVICES; COMPUTER HARD-WARE, SOFTWARE AND NETWORK MANAGEMENT AND CONTROL SERVICES; DATA WAREHOUSING; WEB SITE HOSTING SERVICES FOR OTHERS; COMPUTER SOFTWARE INSTALLATION, MAINTENANCE AND SUPPORT; COMPUTER HARDWARE, AND NETWORK SUPPORT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 7, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

EXHIBIT _____1_____

PAGE __1__ OF _2_

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,720,478

Registered June 3, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## TIG

PC SPECIALISTS, INC. (CALIFORNIA COR-
PORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK
INSTALLATION, SUPPORT AND MAINTENANCE
SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

FOR: COMPUTER HARDWARE, SOFTWARE
AND NETWORK INTEGRATION SERVICES; COM-
PUTER HARDWARE, SOFTWARE AND NETWORK
DESIGN SERVICES; COMPUTER HARDWARE,

SOFTWARE AND NETWORK MANAGEMENT
AND CONTROL SERVICES; DATA WAREHOUS-
ING; WEB SITE HOSTING SERVICES FOR OTHERS;
COMPUTER SOFTWARE INSTALLATION, MAIN-
TENANCE AND SUPPORT; COMPUTER HARD-
WARE, AND NETWORK SUPPORT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY

EXHIBIT ___1___

PAGE ___2___ OF ___2___

Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,391,057

Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORA-
TION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITA-
TION BY EMPLOYEES AND SALES AGENTS IN
THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE; ON-LINE RETAIL STORE SERVICES
IN THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).
FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: COMPUTER SYSTEM DESIGN, AND TECH-
NICAL SUPPORT SERVICES, NAMELY, TROUBLE
SHOOTING OF COMPUTER HARDWARE AND
SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL
AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

EXHIBIT ___2___

PAGE ___1___ OF ___1___

Welcome to uwhois.com

# uwhois.com
**THE UNIVERSAL "WHO IS" FOR INTERNET DOMAINS.**

Home | About Uwhois | Premium Services | Free Software | Contact Us | Legal

Search:



*Corporate*.com

*Incorporate your business and manage it without leaving your browser.*

oneCore.com

divu
Visual Search

Financing
Merchant services
And more

Get what you
really wanted.
eBay
click here

To identify the registered holder of a domain name, enter the domain name, followed by either .com, .net .org, or one of the 246 country code suffixes in the entry box above and click the go button.

## Search multiple Generic and Country Code Top Level Domains

[whois.godaddy.com]
The data contained in Go Daddy Software, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
     Thayer Interactive
     5335 Wisconsin Ave
     Suite 780
     Washington, District of Columbia 20015
     United States

Page 1 of 3

EXHIBIT _____3_____
PAGE ___1___ OF __3__

Welcome to uwhois.com

http://www.uwhois.com/cgi/whois.cgi

Registered through: GoDaddy.com
Domain Name: TIGGLOBAL.COM
    Created on: 23-Aug-04
    Expires on: 23-Aug-06
    Last Updated on: 22-Aug-05

Administrative Contact:
    Malek, Fred  kbradshaw@thayerinteractive.com
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States
    2024653928    Fax --

Technical Contact:
    Malek, Fred  kbradshaw@thayerinteractive.com
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States
    2024653928    Fax --

Domain servers in listed order:
    NS3.DIGINETUSA.NET
    NS2.DIGINETUSA.NET
[whois.crsnic.net]

Whois Server Version 1.3

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: TIGGLOBAL.COM
    Registrar: GO DADDY SOFTWARE, INC.
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS3.DIGINETUSA.NET
    Name Server: NS2.DIGINETUSA.NET
    Status: REGISTRAR-LOCK
    Updated Date: 30-aug-2005
    Creation Date: 23-aug-2004
    Expiration Date: 23-aug-2006

12/1/2005

Page 2 of 3

EXHIBIT    3
PAGE   2   OF  3

http://www.uwhois.com/cgi/whois.cgi

>>> Last update of whois database: Thu, 1 Dec 2005 02:29:58 EST <<<
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, ena

Uwhois Inc. does not gurantee the accuracy of the above information which is supplied by third parties to whom all rights belong.

EXHIBIT _3_

PAGE _3_ OF _3_



**TIG Global™**

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

▶ **What Clients are Saying...**

"Last month alone, we received more than $41,500 in direct online bookings, and our results continue to trend steadily upward."
- Gail Isono
General Manager of The Huntington Hotel In San Francisco, California.
www.huntingtonhotel.com



# TIG Global provides unrivaled service

## Our clients achieve unparalleled success.

**Learn how we achieve unrivaled ROI.** Click here

*Driving Revenue. Direct.*

## The Proven Leader In Hotel Internet Marketing

TIG Global is a full-service hospitality Internet marketing firm that provides turnkey web presence management and marketing for the travel industry. Through customized hotel Internet marketing, we maximize incremental revenue at lower acquisition costs by delivering travel consumers directly to a hotel's website or branded-site's property page. Originally formed as an in-house online division to drive attention and revenue to properties owned by Thayer Lodging Group, TIG Global was spun off as a separate company in 2001 to deliver proven techniques to other properties. With more than 350 clients, and driving nearly $150 million in client property bookings in 2004, our company leads in providing its unique brand of services exclusively to the property industry. We provide the ideal mix of consulting, technology, marketing, and strategy, all with a laser focus on raising online visibility of clients and driving direct Internet revenue and ROI.

## Unparalleled Success Through Hospitality Internet Marketing

Headquartered in Washington, DC, TIG Global is the leading provider of interactive marketing services for the hospitality industry. Created by hoteliers, our company combines its hospitality industry knowledge and e-business expertise to help clients maximize the potential of Internet channels and gain more than their fair share of this rapidly expanding market. We serve more than 350 hotel and resort clients, including independents and branded hotels, located throughout North America, Europe, and the Caribbean. Take advantage of our professionally trained management team and staff representing more than 100 years of collective hospitality, marketing, advertising, and Internet experience.



**Risk-Free Internet Marketing**

GUARANTEED!

○ **Click here to learn more!**

**De-Mystifying Distribution**



Building a Distribution Strategy

**Request your free copy of De-Mystifying Distribution**

⋗ Click here for details

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

EXHIBIT ___4___

PAGE _1_ OF _56_



home > about us

**About Us**

Integrated Marketing

Account Management

Analysis & Reporting

Client Successes

Contact Info

# We are Hoteliers by Trade.



**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

## About Us

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

### Proven And Successful Online Marketing For Hotels

TIG Global is the thought leader in providing consultative, turnkey web presence management and online marketing for hotels. TIG Global raises online visibility, drives direct Internet revenue, and delivers unrivaled ROI in the travel industry.



**TIG Global knows the dynamic Internet market.** We continually incorporate the most current Internet marketing and e-advertising techniques into our customized solutions to maximize your hotel's web presence. Choose us as your partner for:

- Website Design & Development
- Website Maintenance
- Search Engine Optimization
- Pay-Per-Click Marketing
- Strategic Linking
- E-mail Marketing
- Strategic Reporting & Analysis
- Consultative Account Management

**TIG Global increases ROI and maximizes incremental online revenue.** We deliver travel consumers directly to your property's individual website or branded-site's property page, allowing your hotel to build relationships with customers and increase margins in the growing Internet space. We saturate the online travel universe with your hotel's marquee and evaluate and adjust various technical elements of your website to ensure your site is positioned at the top of customers' online search results.

### Customized Solutions For Hotel Online Marketing

**TIG Global works for you, and is there for you.** Our proactive account management philosophy is founded on our understanding that building and maintaining influence on the Internet is a full-time job. Successfully optimizing your hotel's online revenue requires extensive technological skill and constant monitoring. We administer all aspects of your Internet marketing efforts, eliminating the expense of internal staff and alleviating turnover. Outsource the full scope of your web presence management to TIG Global, and enjoy a maximized flow of Internet revenue and an influx of customers with minimal effort for your property and staff.

EXHIBIT _____ 4

PAGE __2__ OF __56__

**TIG Global is for hoteliers, by hoteliers.** Created by hotel leaders, and joined by experts that represent the best in the industry, TIG Global combines more than 100 years of collective hospitality, marketing, advertising, and Internet experience. Our multi-faceted industry knowledge has helped us achieve a client base that comprises more than 350 hotels and resorts, ranging from independent hotels to branded and franchised hotels, operating in over 60 markets throughout the United States, Europe, and the Caribbean. There is little question that TIG Global has the largest, most prestigious client base in the industry. Each new client gains the benefits of this unrivaled industry knowledge and unparalleled negotiating power in participation with national web marketing programs.

Maximize your Internet revenue. Boost your RevPAR. Lower your customer acquisition costs. Entrust your property's web presence to TIG Global and watch your market share multiply with our unique and customized hotel online marketing.

Click here to learn more about TIG Global

**Learn More About Us**   Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__

PAGE __3__ OF __56__



**About Us**

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

home > about us > what clients are saying...

## We are Hoteliers by Trade.

**TIG GLOBAL'S DESTINATION 1**
**High-Powered**
Destination Marketing That Drives Value Online
>> CLICK HERE FOR DETAILS

**Margo Feist, of Ponderosa Management** says "We are thrilled not only by the increase in direct online bookings, but also the offline business being generated by our website and our Internet marketing partnership with TIG Global. Our properties' reservation agents have reported that they are seeing a significant increase of call-in and walk-in guests who said they found us through our website, which was designed and is proactively managed by TIG Global."

"Our return on investment in Thayer's program has been absolutely incredible," said **Gail Isono, general manager of The Huntington Hotel in San Francisco, California.**
"The company's proactive efforts have allowed us to reach an entirely new high-end customer segment, resulting in tremendous incremental growth. Last month alone, we received more than $41,500 in direct online bookings, and our results continue to trend steadily upward."

**News:**

**October 6, 2005 – WASHINGTON, DC**

TIG Global Announces New Senior Management Appointments
**read more...**

**Learn More About Us**  Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__
PAGE __4__ OF __56__



home > about us > news

# We are Hoteliers by Trade.



High-Powered
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**TIG Global Newswire:**

**July 2005 Issue** *read more...*

## About Us

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

**September 7, 2005** – WASHINGTON, DC

TIG Global to Exhibit at International Hotel Conference in Monaco
**read more...**

**August 24, 2005** – OREM, Utah

Omniture Enables TIG Global to Enhance Reporting Performance Metrics
**read more...**

**July 28, 2005** – WASHINGTON, DC

CVBs, DMOs Win Online with TIG Global's Launch of 'Destination 1' Internet Marketing Program
**read more...**

**July 1, 2005** – OREM, Utah

Omniture Expands Web Analytics Market Leadership in Airline and Travel Industry
**read more...**

**June 13, 2005** – WASHINGTON, DC

"TECHWORKING" - TIG Global featured in the Washington Post
**read more...**

**June 3, 2005** – WASHINGTON, DC

KAYAK.com And TIG Global Announce Preferred Marketing Partnership
**read more...**

**May 11, 2005** – WASHINGTON, DC

TIG Global's New RFP Tracking & Reporting Captures More Meetings and Group Business for Hotel Clients
**read more...**

EXHIBIT __4__
PAGE __5__ OF __56__

**March 21, 2005** – WASHINGTON, DC

New 'TIG Global Guarantee' Makes Internet Marketing a Must for
Hoteliers
**read more...**

**March 8, 2005** – WASHINGTON, DC

TIG Global Has Been Selected by Sunstone Hotel Investors as Exclusive
Internet Marketing Partner
**read more...**

**February 23, 2005** – WASHINGTON, DC

TIG Global Announces Executive Promotions to Propel Strategic Growth
**read more...**

**February 10, 2005** – WASHINGTON, DC

TIG Global Expands Account Management Division and Continues to
Deliver the Highest Level of Interactive Marketing Services in
Hospitality
**read more...**

**January 6, 2005** – MCLEAN, VA

TIG Global, HSMAI Publish First-Ever Distribution Strategy Guide for
Hotel Industry
**read more...**

**January 3, 2005** – WASHINGTON, D.C.

TIG Global Guiding Internet Presence Close To 50 New Hotel Clients In
Fourth Quarter 2004
**read more...**

**November 30, 2004** – HOTEL INTERACTIVE

"A Web Site Makeover" – TIG Global's Case Study on our Sheraton
Atlanta client.
**read more...**

**October 14, 2004** – WASHINGTON, D.C.

"Thayer Interactive Group, LLC," announced the launch of its new
name, "TIG Global" (www.TIGglobal.com).
**read more...**

**September 29, 2004** – WASHINGTON, D.C.

Thayer Interactive Group, LLC, announced the completion of its major
hiring initiative of senior hospitality and Internet executives

Learn More About Us   ( Click here )

EXHIBIT ___4___

PAGE __6__ OF __56__

read more...

**May 10, 2004** – WASHINGTON, D.C.

Thayer Interactive Group's Independent Clients Quadruple Industry's Year-Over-Year Online Revenue Growth TIG's Non-Branded Portfolio Achieves 104% Growth in March 2004 v. March 2003
**read more...**

**March 15, 2004** – NEW YORK, N.Y.

Thayer Interactive Group Receives High Honors for Web Marketing Excellence at the HSMAI Adrian Awards Show TIG Presented with Three Distinguished Awards for Hotel Website Design
**read more...**

**February 2, 2004** – WASHINGTON, D.C.

Thayer Interactive Group Announces Significant Investment in Client Success TIG Seeks Senior Hospitality Executives to Manage Relationship and Channel Education
**read more...**

**August 20, 2003** – WASHINGTON, D.C.

Thayer Interactive Group Is Selected By Driftwood Hospitality To Provide Comprehensive Internet Marketing Services TIG's Full-Service Offering Combines High Level of Client Support and Proven Results
**read more...**

**June 3, 2003** – WASHINGTON, D.C.

Thayer Interactive Group's Clients Outperform All Industry Benchmarks For First Quarter 2003 Online Revenue. TIG's Clients Achieve 98% Internet Revenue Growth v. 3.6% GDS Growth
**read more...**

**May 5, 2003** – SUNNY ISLES, Fla.

Ocean Point Beach Resort and Spa Selects Thayer Interactive Group To Provide Comprehensive Internet Marketing Services. Boykin-Managed Resort Chooses TIG to Increase Internet Bookings, Online Visibility
**read more...**

**April 2, 2003** – WASHINGTON, D.C.

Thayer Interactive Group Selected By Quorum Hotels And Resorts To Provide Full-Service Internet Marketing. Unique Service Generating an Average of $1 Million in Incremental Revenue per Hotel
**read more...**

EXHIBIT ___4___

PAGE __7__ OF _56_

**December 13, 2002** – WASHINGTON, D.C.

Thayer Interactive Group Is Named By Lend Lease To Provide Internet
Marketing For Select Hotel Assets
**read more...**

**October 2, 2002** – WASHINGTON, D.C.

Thayer Interactive Group Proves Internet Marketing Concept To Hotel
Industry, Rolls Out Program To Dramatically Increase Properties' Online
Revenue.
Unique Service Generating $1 Million or More in Incremental Revenue
per Hotel
**read more...**

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                                    Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE __8__ OF __56__



## About Us

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

home > about us > awards

We are Hoteliers by Trade.



High-Powered
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

### Accolades For Our Innovative And Leading Edge Hotel Website Design

**TIG Global Receives High Honors for Web Marketing Excellence at the HSMAI Adrian Awards Show**

*TIG Global Presented with Three Distinguished Awards for Hotel Website Design*

NEW YORK, NY – March 15, 2004 – Thayer Interactive Group (TIG Global) was recognized with three distinguished awards for web marketing excellence and travel website design by the Hospitality Sales & Marketing Association International (HSMAI). The awards were handed out as part of the 2003 HSMAI Adrian Awards Competition in New York City, which attracted more than 1,500 entries from 50 countries.

**TIG Global Is Named By Lend Lease To Provide Internet Marketing For Select Hotel Assets**

WASHINGTON, D.C., December 13, 2002— Thayer Interactive Group (TIG Global), a  unique, online hospitality marketing firm, announced today that it has signed an agreement with Lend Lease, a leading global real estate investment group, to provide Internet marketing services to select hotel assets of its portfolio. TIG offers the industry's first and only comprehensive suite of online marketing services designed to administer all aspects of individually managed hotel websites; bypass excessive fees charged by third-party travel sites; drive incremental revenue; and maximize RevPAR with minimal effort required at the property level.

**Qualified Google Advertising Professional**

Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.

EXHIBIT _____4_____

**Yahoo Search Marketing Ambassador**    PAGE __9__ OF __56__



The
Yaho
Sear
Mark

Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

Learn More About Us    Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE _10_ OF _5b_



### About Us

| What Clients are Saying... | News | Awards |
| Advisory Board | Executive Management | Employment |

**The Leading Advisors Among Hospitality Sales And Marketing Associations**

**Leland Pillsbury**

Mr. Pillsbury is Chairman and Chief Executive Officer of Thayer Lodging Group. Under Mr. Pillsbury's direction, Thayer Lodging Group grew from one hotel in 1991 to the present 23 hotels, which represent 6,000 rooms and a valuation of $2 billion. Thayer Lodging's hotels have drawn interest and capital from well-known institutional investment groups such as Wells Fargo, Citigroup Travelers, GE Pension Trust and Boeing Pension Fund, as well as several renowned offshore investors.

Previously, Mr. Pillsbury served Marriott Hotels in a variety of capacities, including Executive Vice President and Corporate Officer. Mr. Pillsbury holds a B.A. from the Cornell School of Hotel Administration and an M.B.A. from Northwestern University's J.L. Kellogg Graduate School of Management. He currently serves as a Council Member at Cornell University; as a Dean's Advisory Board Member at the Kellogg School of Management; and as a director and investor in several privately held firms.

**Frederic V. Malek**

Mr. Malek is the Founder and Chairman of Thayer Capital Partners. Thayer Capital is a private equity investment firm based in Washington, D.C. Since its inception in June 1996, Thayer has invested in 19 portfolio companies, providing total revenue in excess of $3 billion, and has completed more than 50 transactions exceeding $2 billion.

Prior to founding Thayer Capital, Mr. Malek co-founded Thayer Lodging Group; served as President of Marriott Hotels and Resorts for eight years, during which time profits quadrupled; co-led the buyout of Northwest Airlines and served as its President and Vice Chairman; led the buyout of Coldwell Banker Commercial Group and acquisition of the Ritz-Carlton Hotel Company; and participated in the acquisition and ownership of the Texas Rangers baseball team.

Mr. Malek has also enjoyed a distinguished career in public service. He served as Special Assistant to President Nixon and as Deputy Director of the Office of Management and Budget from 1970 to 1974. He also served President Bush as Director of the Republican Convention in 1988; Ambassador and Director of the Economic Summit of Industrialized Nations in 1990; and Presidential Campaign Manager in 1992. Mr. Malek holds a B.S. degree from the U.S. Military Academy and an M.B.A. from Harvard Business School, and served his country in

---

## About Us

Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > about us > advisory board

## We are Hoteliers by Trade.



**TIG GLOBAL'S**
**DESTINATION 1**
*High-Powered*
Destination Marketing That Drives Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

Vietnam.

**Thomas Kammerer**

Mr. Kammerer has served Thayer Lodging Group since its creation,
currently acting as Senior Managing Director of Operations and
Strategic Initiatives. Mr. Kammerer's oversight and leadership have
been key to the growth of Thayer Lodging Group's assets and
performance premiums relative to the hotel sales and marketing
industry.

Previously, he was associated with several hotel companies for 20
years – including Loews Hotels, Radisson Plaza Hotels and several
independent properties – and served as former Director of the
Annapolis CVB. Mr. Kammerer attended the University of Maryland. He
assisted in the development of the local chapter of the March of Dimes,
and remains active in fundraising for The American Heart Association.

**Learn More About Us**  Click here!

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__

PAGE __12__ OF __56__



## About Us

Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > about us > executive management

# We are Hoteliers by Trade.

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

Learn More About Us   

## About Us

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

**Frederic W. Malek** — Chief Executive Officer & Co-Founder

**Trip Schneck** — President & Co-Founder

**Sue Heilbronner** — Executive Vice President of Marketing and Business Development

**John B. Tunney** — Executive Vice President of Finance and Administration

**Paul Peddrick** — Senior Vice President of Strategic Accounts & Chief Creative Consultant

**Doug Broujos** — Senior Vice President of Client Services

**Matt Heller** — Vice President, Technology

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE __13__ OF _56_





## About Us

| What Clients are Saying... | News | Awards |
|---|---|---|
| Advisory Board | Executive Management | Employment |

home > about_us > employment

### We are Hoteliers by Trade.



**High-Powered**
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

## Experience The Cutting Edge Of Online Hotel Advertising

TIG Global is a dynamic, fast-growing
company that specializes in interactive
hotel advertising and Internet marketing
for the travel industry. We are looking to
attract high-energy, savvy professionals
who desire the opportunity to make an
impact every day in their jobs. Join the proven leader in hospitality
industry marketing and website management – where you'll find a
lively, energized working environment, competitive salaries,
exceptional benefits, and a fun, friendly atmosphere. TIG Global
rewards full-time, permanent team members for their dedication and
hard work by providing the following benefits:

- ✖ Medical and dental insurance
- ✖ Short term disability
- ✖ Life and accidental death and dismemberment insurance
- ✖ Paid holidays and time off
- ✖ 401(k) plan
- ✖ Flexible spending programs

If you are looking for an exciting and rewarding career, click on our
current job openings below:

- ✖ VP of Strategic Client Relationships
- ✖ Director of Strategic Client Relationships
- ✖ Client Services Manager
- ✖ Web Marketing Analyst/Media Buyer
- ✖ Web Producer

### Our Internship Program For Hospitality Industry Marketing

TIG Global's Internship Program is designed to provide college students
or recent college graduates with the opportunity to learn about Internet
marketing in the hospitality industry. Interns will actively participate in
a variety of business processes and general marketing tactics in order
to support our current hotel clients and sales prospects. Our interns
support the needs of our Sales, Client Services, and Web Marketing
Analysts teams. We are looking for interns throughout the year, and
our program can be adapted to fit your schedule. For more information,
or to send us your cover letter and resume, please email
internships@TIGglobal.com

**EXHIBIT** _____ **4**

**PAGE** __14__ **OF** _56_

Learn More About Us   Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE __15__ OF __56__



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing > web design & development

Do you know how to convert online lookers to bookers?

**TIG Global Knows.**



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

### A Proven Leader In Hotel Website Development

Customers want current, useful information presented in an exciting way. Search engines prioritize sites that are optimized for the various, ever-changing search engine algorithms. At TIG Global, we balance those critical, synergistic components to get qualified traffic to your site and move visitors to the booking engine.

We work with you to create a vibrant hotel web design that reflects the unique features of your property and location. We also continue to keep your site fresh by adapting to shifting consumer trends, and easily implementing these changes through our state-of-the-art web hosting system. Turn to TIG Global for your hotel website management to capture more than your share of the rapidly growing online travel market.

### Hotel Web Design & Development

To drive online revenue, your hotel website or property page must deliver timely information in a format that is both engaging and fully optimized for natural search. TIG Global specializes in high-impact hotel website development. We help grab Internet consumers with strong design elements and high-tech functionality, including FLASH animations and movies. We allow you to generate maximum conversion with integrated "calls to action," including prominent reservation buttons and onsite banner ads. These features help promote packages that invite the user to check rates and availability through a variety of options. Rely on us to evaluate your website's visual content and persuasive architecture, as well as to identify your hotel's unique specials and promotional opportunities. We will work with you to develop the perfect design plan for your new site.

Click here to learn more about TIG Global

**Learn More About Us**   Click here

**Driving Revenue. Direct.**

© 2005 TIG Global    Privacy Policy | Terms and Conditions

EXHIBIT  4

PAGE  16  OF  56



home > integrated marketing > web maintenance

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Do you know how to convert online lookers to bookers?

**TIG Global Knows.**



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Comprehensive Hotel Website Management

Online success requires ongoing review and enhancement of your Internet presence to adapt to the dynamic online market. Our hotel website management service is your key in drawing and retaining customers, with continual website analysis and optimization that is in line with technological updates, consumer behavioral changes, and search engine spiders. Our interactive marketing services include complete reporting and examination of visitor performance, and rapid turnaround on all website alterations and new promotions.

### Interactive Marketing Services For Hotels

We are proactive in leveraging the lessons learned from strategic reports and then implementing those lessons in constant revisions and improvements to your web presence. For our clients, our full-service comprehensive management means no unexpected invoices or monitoring of billable hours and hourly caps on service. We have designed our hotel interactive marketing programs in this manner to ensure that our interests are fully aligned with the clients we serve; and that as partners, we are charging toward a common goal. Choose us as your hotel website management firm, and we will be dedicated to providing specific Internet solutions that help you stay ahead of your competitors and increase your online market share.

Click here to learn more about TIG Global

Learn More About Us    Click here!

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__

PAGE __17__ OF __56__



| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

**About Us**
**Integrated Marketing**
**Account Management**
**Analysis & Reporting**
**Client Successes**
**Contact Info**

home > integrated marketing > search engine optimization

## Do you know how to make your hotel #1 on Google?

## TIG Global Knows.

**Case Study:**

Attract and capture Washington, D.C. area market competition

Decrease reliance on third-parties to lower customer-acquisition costs

*Strategy and Outcome...*

### Unrivaled Results Among Search Engine Optimization Companies



As more than 50% of the Internet population uses search engines to look for and book travel online, strong positioning for critical keyword strings on the search engines is crucial for driving qualified new traffic to your website. To win customers, your website needs to meet them where they shop. Depend on our proven search engine optimization services for the hospitality industry, and we will drive highly qualified Internet shoppers to your website, increasing occupancy and revenue.

### Content And Search Engine Optimization Services

Content optimization is vital in securing excellent positioning in search engines. Search engines work by using mathematical algorithms to "crawl," or analyze, website content to determine site rankings. Since search engine algorithms continuously change and evolve, we consistently evaluate and modify your website's content, copy, and architecture to maintain maximum search engine visibility. Count on our proven content optimization formula of success to drive the greatest number of qualified visitors to your website.

### Website Submission

Securing optimized directory listings and maintaining your website's presence in crawler-based search engine databases is critical for driving qualified shoppers. Premier listings on top search engines require initial submissions and then periodic updates to alert the engine of new changes to your website. We manage this process for you by hand-submitting your website to all national and international search engine directories. Turn to the leading hotel search engine optimization company to analyze and monitor your website's placement results, and also to ensure that your website remains at the top of user searches.

Click here to learn more about TIG Global

**Learn More About Us**   Click here

*Driving Revenue. Direct.*

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ____4____

PAGE __18__ OF __56__

http://www.tigglobal.com/dsp_seo.cfm

11/14/2005

EXHIBIT ___4___

PAGE _19_ OF _56_



## About Us
## Integrated Marketing
## Account Management
## Analysis & Reporting
## Client Successes
## Contact Info

home > integrated marketing > pay per click marketing

# Do you know how to leverage your unique demand drivers online?

# TIG Global Knows.

**Case Study:**

Increase demand during seasonal downtime

Drive incremental room revenue and increase online sales contribution

***Strategy and Outcome...***

# Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| --- | --- | --- |
| Website Maintenance | Search Engine Optimization | Email Marketing |

## Strategic Search Engine Marketing For Hotels

Pay-per-click campaigns are highly tactical, extremely cost-effective programs for targeting qualified traffic and delivering them to your hotel's website. Pay-per-click marketing helps gain maximum exposure on search engines through strategic bid placement for top listings. Rely on TIG Global – the leading hotel search engine marketing company– for complete management of your pay-per-click advertising. Our company leverages 300 to 600 prioritized keyword strings and engages in active, strategic keyword bidding with the top two PPC brokerage firms, Google AdWords and Yahoo! Search, as well as other search engine advertising programs. With our constant attention we ensure maximum results.

Think of pay-per-click marketing as an ongoing auction of specific search phrases and keywords used by travel consumers. This efficient program follows the "pay-for-performance" model, meaning that you only pay for the ad placement when a qualified travel customer clicks through to your site. Begin driving massive amounts of qualified traffic to your website through our aggressive pay-per-click advertising services today – and let our industry relationships provide you the lowest pricing for prominent positioning.

Click here to learn more about TIG Global



Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.



The Yahoo! Search Marketing Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

**EXHIBIT** ____4____

**PAGE** _20_ **OF** _56_

## Learn More About Us    Click here

**Driving Revenue. Direct.**

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                                                    Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE _21_ OF _56_



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

home > integrated marketing > strategic linking

### About Us
### Integrated Marketing
### Account Management
### Analysis & Reporting
### Client Successes
### Contact Info

## Do you know how to drive qualified visitors to your site?

## TIG Global Knows.

**Case Study:**

Capitalize on numerous area demand generators by creating heightened online presence

Target meeting planners to promote newly built executive meeting center

*Strategy and Outcome...*

### Full-Service Hospitality Website Marketing

Proper placement in the most appropriate online travel channels is imperative to maximize qualified traffic to your website. TIG Global researches, identifies, negotiates, and executes free and paid advertising and other local media placements to maximize traffic yield to your website. Take advantage of our results-driven mentality and full-service hospitality website marketing to ensure prominent positioning in the most cost-effective venues.



By leveraging our vast client portfolio, we are able to pass on substantial negotiated cost savings to our clients. Rely on us to drive additional customers to your website by linking it to key local businesses and organizations in order to increase your website's visibility and improve your overall search engine positioning. At every turn in the process, TIG Global focuses on direct cost per acquisition of new online customers, and bases marketing decisions around quantifiable leads versus elusive impressions or page views. In addition, our hotel website marketing team will develop copy and creative graphical elements to place on partner sites to drive potential consumers to your website. We saturate the local online community with your hotel's "sign" to increase traffic flow, while staying fully focused on the ROI of every placement.

### Results-Driven Hotel Website Marketing

Choose us to pursue strategic reciprocal and non-reciprocal link opportunities to deliver you maximum online coverage. Strategically linking your website is an ongoing, labor-intensive process that we provide, along with detailed performance feedback to educate you throughout the process. With our monthly acquisition reports, we will keep you updated on your website's bottom-line performance. Let us drive traffic to your website with our strategic linking program, and we will help you achieve top-line results.

Click here to learn more about TIG Global

EXHIBIT __4__

PAGE __22__ OF __56__

Learn More About Us    Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

EXHIBIT   **4**

PAGE **23** OF **56**



About Us

Integrated Marketing

Account Management

Analysis & Reporting

Client Successes

Contact Info

home > integrated marketing > email marketing

## Do you know how to capture more than your fair share of the market?

## TIG Global Knows.

**Case Study:**

Increase demand during Seasonal downtime

Drive incremental room revenue and increase online sales contribution

*Strategy and Outcome...*

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Email Marketing

#### Tap Into More Customers With The Premier Email Marketing Company



TIG Global is the leading provider of Internet marketing services for hotels. Our experience has taught us that email marketing services can be an effective tool to reach more customers more often. Our turnkey services add "push" to your existing marketing "pull" to reduce communication costs and maximize conversion. Through our targeted email capture system, we effectively identify and deliver your message to key customers and stakeholders. We then routinely "push" the collected email addresses to your property's database in order to target online potential guests, and vice-versa for exported data from your database to TIG Global's email dissemination list. We also perform all database management for incoming email addresses, including de-duping and scrubbing of past and future guests. The result: an increase in qualified website traffic and higher online revenue. TIG Global's email marketing services for hotels include:

- ✱ Ongoing management and maintenance of clients' email databases
- ✱ Legally compliant, permission-based email capture
- ✱ Development and execution of creative email template design
- ✱ Monthly email or newsletter distribution
- ✱ Flexible delivery to meet changing client needs

#### Proactive, Consultative Email Marketing Services

As part of our integrated marketing services, TIG Global works directly with clients to develop monthly email blasts based on hotel packages, seasonal demands, and area events. Since aesthetic creativity is essential to capture consumer attention, we use intelligent, stylish designs that reflect the unique look and feel of each property in order to effectively communicate messages. Naturally, all TIG Global email blasts are legally compliant, providing the required opt-out method for recipients. We also provide detailed reporting on clickthroughs, user behaviors, and conversions for every email campaign. The analysis is supplied to you in monthly report summaries. Through our proactive email campaigns, TIG Global extends your opportunities to deliver direct messages to key customers and stakeholders, thereby improving

EXHIBIT _____
PAGE __24__ OF __56__

communications, yielding higher website traffic, and increasing online bookings and conversion rates.

We help you manage the resources that bring more customers to your site.

**Learn More About Us**    Click here

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__
PAGE __25__ OF __56__



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

## Analysis & Reporting

home > analysis and reporting

Do you know how to
spend $1 and get $10 back?

## TIG Global Knows.

**News:**

**October 6, 2005 – WASHINGTON, DC**

TIG Global Announces New Senior Management Appointments
read more...

### Detailed, Customized Hotel Marketing Plans

**Revenue Tracking:** Unlike traditional hotel advertising campaigns, online marketing is 100% statistically measurable. TIG Global uses a sophisticated, proprietary data analysis system to measure the effectiveness and performance of your website and all partner sites where your hotel is marketed. Let us analyze web traffic and behavior statistics, and respond to the ever-changing needs of your online customers with a customized hotel marketing plan. We continually gain insight into how customers are using your website, in order to ensure effective response to market changes. Generate significant return on investment for all online advertising dollars through our integrated tracking and analysis system.

It's easy to stay informed about your website performance through our customized hotel marketing strategies and reporting services. We provide monthly and quarterly online activity summary reports with analyses of web traffic,



behavior statistics, conversion data, direct revenue, and cross-sell revenue. Our reports also include a personalized analysis of your ROI and a detailed examination of your marketing program statistics. Rely on our reporting and analysis as integral parts of your overall Internet management and customer-relationship strategy.

### Effective Online Hotel Marketing Strategies

**RFP Tracking:** To help meet your monthly goals, TIG Global provides monthly RFP reports. These reports summarize all individual and group inquiries submitted through the RFP capture mechanism on your website, which drives meeting planners and consumers to book group events. Obtain maximum value from every potential revenue opportunity, and monitor the status and conversion of each lead with our RFP tracking system.

Click here to learn more about TIG Global

**Learn More About Us**   Click here

*Driving Revenue. Direct.*

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT _____4_____

PAGE _26_ OF _56_



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > account management

Do you know how to be
proactive in the dynamic
Internet space?

**TIG Global Knows.**


**Account Management**

### Elevate Your Online Visibility With Personalized Hospitality Marketing Consulting

With our consultative approach and premier service, our full-time hotel marketing consultants will maximize your Internet potential. When you work with TIG Global, our experienced Account Managers ensure an aggressive and sustained online marketing effort that delivers new customers and increased revenue at lower acquisition costs. At TIG Global, our relationship with you comes first, and we pride ourselves in delivering the highest level of personalized service in the industry. Our team will work to raise online visibility for your property and drive substantial incremental online bookings direct to your website. Let us be your Internet marketing partners and manage your web presence.

### Successful Services And Dedicated Hotel Marketing Consultants

At TIG Global, your success in growing your online revenues is our driving force. Allow us to develop and execute your annual online marketing strategy, including an in-depth market analysis of your online positioning among your competitors. We also employ a sophisticated tracking and reporting system, known as Omniture, to provide feedback on all marketing initiatives to optimize your campaign. TIG Global will work closely with you to meet your property's unique online web presence and marketing needs. We are dedicated to capturing substantial incremental demand and delivering direct online revenue to our clients.

Partner with TIG Global to take advantage of field-tested best practices that integrate seamlessly into your hotel's operations. Our hospitality marketing consulting team will welcome you into our portfolio of successful clients.

Click here to learn more about TIG Global

Learn More About Us    Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE _27_ OF _56_



**About Us**
**Integrated Marketing**
**Account Management**
**Analysis & Reporting**
**Client Successes**
**Contact Info**

home > contact information



## Contact Information

**TIG Global**

Phone: 202.465.3900
Fax: 202.465.3950

info@tigglobal.com

5335 Wisconsin Ave., NW
Suite 780
Washington, DC 20015

Directions to TIG Global

Learn More About Us   Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                          Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE _28_ OF _56_



Global™

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

**Do you know how to capture more than your fair share of the market?**

## TIG Global Knows.

**Case Study:**

Increase top-line revenue and improve online sales contribution

Enhance asset awareness and RevPAR against better known branded competitive set

*Strategy and Outcome...*

## An Integrated, Turnkey Solution To Travel Website Marketing

Online bookings will represent as much as 25% of all hotel bookings by the year 2006. In this web-enabled environment, you can't afford to ignore the role the Internet will play in attracting visitors and delivering a significant return on investment. But in order to maximize



your web potential, it's critical that your hotel's Internet presence be an extension of your marketing plan and branding identity. What's more, you need a comprehensive, turnkey and proactive strategy for e-business. That's where TIG Global excels. As the leading travel website company, we have the expertise to bring together vital components that cohesively blend image with content and technology to enhance your web presence and drive traffic to your hotel. If you're looking to increase conversion and maximize online marketing ROI for your hotel, take advantage of TIG Global's comprehensive suite of travel website marketing promotion and interactive services, including:

- ✖ Website Design & Development
- ✖ Website Maintenance
- ✖ Search Engine Optimization
- ✖ Pay-Per-Click Marketing
- ✖ Strategic Linking
- ✖ E-mail Marketing
- ✖ Analysis & Reporting
- ✖ Account Management

## Strategic Thinking From The Leading Travel Website Company

TIG Global's strategic approach ensures that each component plays an essential, integrated role in driving maximum Internet value and direct revenue to hotels. Because we value client relationships, we work closely with you to provide comprehensive consultation concerning every aspect of your hotel's website. We develop an overall strategy, keeping in mind your core marketing and financial goals. By carefully integrating a property group's marketing plan and branding strategy with an e-business strategy, we create the strongest possible web presence. Our philosophy has consistently earned us the respect of the most prestigious hotel and management groups. Choose TIG Global – the premier travel website company – as your Internet marketing partner and utilize our integrated service offering to advance your market share.

EXHIBIT _____4_____

PAGE ___29___ OF ___56___

Click here to learn more about TIG Global

**Learn More About Us**  `Click here`

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT __4__

PAGE __30__ OF __56__



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing > web design & development

## Do you know how to convert online lookers to bookers?

**TIG Global Knows.**

# Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

**A Proven Leader In Hotel Website Development**



Customers want current, useful information presented in an exciting way. Search engines prioritize sites that are optimized for the various, ever-changing search engine algorithms. At TIG Global, we balance those critical, synergistic components to get qualified traffic to your site and move visitors to the booking engine.

We work with you to create a vibrant hotel web design that reflects the unique features of your property and location. We also continue to keep your site fresh by adapting to shifting consumer trends, and easily implementing these changes through our state-of-the-art web hosting system. Turn to TIG Global for your hotel website management to capture more than your share of the rapidly growing online travel market.

**Hotel Web Design & Development**

To drive online revenue, your hotel website or property page must deliver timely information in a format that is both engaging and fully optimized for natural search. TIG Global specializes in high-impact hotel website development. We help grab Internet consumers with strong design elements and high-tech functionality, including FLASH animations and movies. We allow you to generate maximum conversion with integrated "calls to action," including prominent reservation buttons and onsite banner ads. These features help promote packages that invite the user to check rates and availability through a variety of options. Rely on us to evaluate your website's visual content and persuasive architecture, as well as to identify your hotel's unique specials and promotional opportunities. We will work with you to develop the perfect design plan for your new site.

Click here to learn more about TIG Global

**Learn More About Us** ( Click here )

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT     **4**

PAGE **31** OF **56**



About Us
**Integrated Marketing**
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing > pay per click marketing

# Do you know how to leverage your unique demand drivers online?

# TIG Global Knows.

**Case Study:**

Increase demand during seasonal downtime

Drive incremental room revenue and increase online sales contribution

***Strategy and Outcome...***

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Strategic Search Engine Marketing For Hotels

Pay-per-click campaigns are highly tactical, extremely cost-effective programs for targeting qualified traffic and delivering them to your hotel's website. Pay-per-click marketing helps gain maximum exposure on search engines through strategic bid placement for top listings. Rely on TIG Global – the leading hotel search engine marketing company– for complete management of your pay-per-click advertising. Our company leverages 300 to 600 prioritized keyword strings and engages in active, strategic keyword bidding with the top two PPC brokerage firms, Google AdWords and Yahoo! Search, as well as other search engine advertising programs. With our constant attention we ensure maximum results.

Think of pay-per-click marketing as an ongoing auction of specific search phrases and keywords used by travel consumers. This efficient program follows the "pay-for-performance" model, meaning that you only pay for the ad placement when a qualified travel customer clicks through to your site. Begin driving massive amounts of qualified traffic to your website through our aggressive pay-per-click advertising services today – and let our industry relationships provide you the lowest pricing for prominent positioning.

Click here to learn more about TIG Global

QUALIFIED
Google
ADVERTISING
PROFESSIONAL

Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.



The Yahoo! Search Marketing Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

**EXHIBIT** _____ 4

PAGE _32_ OF _56_

Learn More About Us   Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE _33_ OF _56_



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing > strategic linking

## Do you know how to drive qualified visitors to your site?

## TIG Global Knows.

**Case Study:**

Capitalize on numerous area demand generators by creating heightened online presence

Target meeting planners to promote newly built executive meeting center

*Strategy and Outcome...*

Learn More About Us   Click here



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Full-Service Hospitality Website Marketing

Proper placement in the most appropriate online travel channels is imperative to maximize qualified traffic to your website. TIG Global researches, identifies, negotiates, and executes free and paid advertising and other local media placements to maximize traffic yield to your website. Take advantage of our results-driven mentality and full-service hospitality website marketing to ensure prominent positioning in the most cost-effective venues.

By leveraging our vast client portfolio, we are able to pass on substantial negotiated cost savings to our clients. Rely on us to drive additional customers to your website by linking it to key local businesses and organizations in order to increase your website's visibility and improve your overall search engine positioning. At every turn in the process, TIG Global focuses on direct cost per acquisition of new online customers, and bases marketing decisions around quantifiable leads versus elusive impressions or page views. In addition, our hotel website marketing team will develop copy and creative graphical elements to place on partner sites to drive potential consumers to your website. We saturate the local online community with your hotel's "sign" to increase traffic flow, while staying fully focused on the ROI of every placement.

### Results-Driven Hotel Website Marketing

Choose us to pursue strategic reciprocal and non-reciprocal link opportunities to deliver you maximum online coverage. Strategically *linking your website is an ongoing, labor-intensive process that we* provide, along with detailed performance feedback to educate you throughout the process. With our monthly acquisition reports, we will keep you updated on your website's bottom-line performance. Let us drive traffic to your website with our strategic linking program, and we will help you achieve top-line results.

Click here to learn more about TIG Global

EXHIBIT ___4___

PAGE _34_ OF _5b_

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

EXHIBIT ___4___

PAGE _35_ OF _56_

home > integrated marketing > search engine optimization

# Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

## Unrivaled Results Among Search Engine Optimization Companies

As more than 50% of the Internet population uses search engines to look for and book travel online, strong positioning for critical keyword strings on the search engines is crucial for driving qualified new traffic to your website. To win customers, your website needs to meet them where they shop. Depend on our proven search engine optimization services for the hospitality industry, and we will drive highly qualified Internet shoppers to your website, increasing occupancy and revenue.



## Content And Search Engine Optimization Services

Content optimization is vital in securing excellent positioning in search engines. Search engines work by using mathematical algorithms to "crawl," or analyze, website content to determine site rankings. Since search engine algorithms continuously change and evolve, we consistently evaluate and modify your website's content, copy, and architecture to maintain maximum search engine visibility. Count on our proven content optimization formula of success to drive the greatest number of qualified visitors to your website.

## Website Submission

Securing optimized directory listings and maintaining your website's presence in crawler-based search engine databases is critical for driving qualified shoppers. Premier listings on top search engines require initial submissions and then periodic updates to alert the engine of new changes to your website. We manage this process for you by hand-submitting your website to all national and international search engine directories. Turn to the leading hotel search engine optimization company to analyze and monitor your website's placement results, and also to ensure that your website remains at the top of user searches.

Click here to learn more about TIG Global

Do you know how to make your hotel #1 on Google?

## TIG Global Knows.

**Case Study:**

Attract and capture Washington, D.C. area market competition

Decrease reliance on third-parties to lower customer-acquisition costs

*Strategy and Outcome...*

Learn More About Us    Click here

EXHIBIT ___4___

PAGE __37__ OF __56__

*Driving Revenue. Direct.*

© 2005 TIG Global                                    Privacy Policy | Terms and Conditions

http://www.tigglobal.com/dsp_seo.cfm                                    11/14/2005

EXHIBIT ___4___

PAGE _38_ OF _56_



| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

## About Us
## Integrated Marketing
## Account Management
## Analysis & Reporting
## Client Successes
## Contact Info

home > integrated marketing > email marketing

## Do you know how to capture more than your fair share of the market?

## TIG Global Knows.

**Case Study:**

Increase demand during Seasonal downtime

Drive incremental room revenue and increase online sales contribution

*Strategy and Outcome...*

## Email Marketing

### Tap Into More Customers With The Premier Email Marketing Company



TIG Global is the leading provider of *Internet marketing services for hotels.* Our experience has taught us that email marketing services can be an effective tool to reach more customers more often. Our turnkey services add "push" to your existing marketing "pull" to reduce communication costs and maximize conversion. Through our targeted email capture system, we effectively identify and deliver your message to key customers and stakeholders. We then routinely "push" the collected email addresses to your property's database in order to target online potential guests, and vice-versa for exported data from your database to TIG Global's email dissemination list. We also perform all database management for incoming email addresses, including de-duping and scrubbing of past and future guests. The result: an increase in qualified website traffic and higher online revenue. TIG Global's email marketing services for hotels include:

* Ongoing management and maintenance of clients' email databases
* Legally compliant, permission-based email capture
* Development and execution of creative email template design
* Monthly email or newsletter distribution
* Flexible delivery to meet changing client needs

### Proactive, Consultative Email Marketing Services

As part of our integrated marketing services, TIG Global works directly with clients to develop monthly email blasts based on hotel packages, seasonal demands, and area events. Since aesthetic creativity is essential to capture consumer attention, we use intelligent, stylish designs that reflect the unique look and feel of each property in order to effectively communicate messages. Naturally, all TIG Global email blasts are legally compliant, providing the required opt-out method for recipients. We also provide detailed reporting on clickthroughs, user behaviors, and conversions for every email campaign. The analysis is supplied to you in monthly report summaries. Through our proactive email campaigns, TIG Global extends your opportunities to deliver direct messages to key customers and stakeholders, thereby improving

EXHIBIT _____ 4

PAGE 39 OF 56

communications, yielding higher website traffic, and increasing online bookings and conversion rates.

We help you manage the resources that bring more customers to your site.

**Learn More About Us** ( Click here )

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE __40__ OF __56__

## Account Management



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > account management

Do you know how to be proactive in the dynamic internet space?

TIG Global Knows.

### Elevate Your Online Visibility With Personalized Hospitality Marketing Consulting

With our consultative approach and premier service, our full-time hotel marketing consultants will maximize your Internet potential. When you work with TIG Global, our experienced Account Managers ensure an aggressive and sustained online marketing effort that delivers new customers and increased revenue at lower acquisition costs. At TIG Global, our relationship with you comes first, and we pride ourselves in delivering the highest level of personalized service in the industry. Our team will work to raise online visibility for your property and drive substantial incremental online bookings direct to your website. Let us be your Internet marketing partners and manage your web presence.

### Successful Services And Dedicated Hotel Marketing Consultants

At TIG Global, your success in growing your online revenues is our driving force. Allow us to develop and execute your annual online marketing strategy, including an in-depth market analysis of your online positioning among your competitors. We also employ a sophisticated tracking and reporting system, known as Omniture, to provide feedback on all marketing initiatives to optimize your campaign. TIG Global will work closely with you to meet your property's unique online web presence and marketing needs. We are dedicated to capturing substantial incremental demand and delivering direct online revenue to our clients.

Partner with TIG Global to take advantage of field-tested best practices that integrate seamlessly into your hotel's operations. Our hospitality marketing consulting team will welcome you into our portfolio of successful clients.

Click here to learn more about TIG Global

Learn More About Us   Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE _41_ OF _56_



home > analysis and reporting

## About Us
## Integrated Marketing
## Account Management
## Analysis & Reporting
## Client Successes
## Contact Info

# Do you know how to spend $1 and get $10 back?

# TIG Global Knows.

**News:**

**October 6, 2005 – WASHINGTON, DC**

TIG Global Announces New Senior Management Appointments
**read more...**

Learn More About Us   **Click here** 

# Analysis & Reporting

## Detailed, Customized Hotel Marketing Plans

**Revenue Tracking:** Unlike traditional hotel advertising campaigns, online marketing is 100% statistically measurable. TIG Global uses a sophisticated, proprietary data analysis system to measure the effectiveness and performance of your website and all partner sites where your hotel is marketed. Let us analyze web traffic and behavior statistics, and respond to the ever-changing needs of your online customers with a customized hotel marketing plan. We continually gain insight into how customers are using your website, in order to ensure effective response to market changes. Generate significant return on investment for all online advertising dollars through our integrated tracking and analysis system.

It's easy to stay informed about your website performance through our customized hotel marketing strategies and reporting services. We provide monthly and quarterly online activity summary reports with analyses of web traffic,  behavior statistics, conversion data, direct revenue, and cross-sell revenue. Our reports also include a personalized analysis of your ROI and a detailed examination of your marketing program statistics. Rely on our reporting and analysis as integral parts of your overall Internet management and customer-relationship strategy.

## Effective Online Hotel Marketing Strategies

**RFP Tracking:** To help meet your monthly goals, TIG Global provides monthly RFP reports. These reports summarize all individual and group inquiries submitted through the RFP capture mechanism on your website, which drives meeting planners and consumers to book group events. Obtain maximum value from every potential revenue opportunity, and monitor the status and conversion of each lead with our RFP tracking system.

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___

PAGE __42__ OF __56__



Global

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > client successes

## Do you know how to capture more than your fair share of the market?

## TIG Global Knows.

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

## Client Successes

### Pioneering Successful Hotel Internet Marketing Strategies

TIG Global stands tall as the industry leader, providing unique hotel Internet marketing ideas to more than 350 of the world's most prestigious hotels and property management companies. We offer the ideal mix of consulting, technology, and hotel Internet marketing strategy, all with a laser focus on raising online visibility for our property clients. We were responsible for driving nearly $150 million in client property bookings during 2004 alone. Here are several examples of how TIG Global used successful hotel Internet marketing strategies to increase revenue for our clients:

**Client Profile #1** - Baltimore, MD - View Case

- ✖ Enhance asset awareness and RevPAR against better known branded competitive set
- ✖ Generate group interest for the more than 30,000 square feet of meeting space set to open in 2005
- ✖ Improve profitability through decreased reliance on high-cost third-parties
- ✖ Increase top-line revenue and improve online sales contribution
- ✖ Strategy and Outcome

**Client Profile #2** - Atlanta, GA - View Case

- ✖ Increase number of meeting RFPs generated from the website
- ✖ Capitalize on proximity to local demand generators to capture corporate and leisure-transient business
- ✖ Overcome poor reputation of property prior to the new flag change
- ✖ Drive incremental room revenue and increase online sales contribution
- ✖ Lower customer-acquisition costs through decreased reliance on third-parties
- ✖ Strategy and Outcome

**Client Profile #3** - American South West - View Case

- ✖ Capitalize on area demand generators to capture leisure-transient and mid-week corporate business
- ✖ Increase demand during seasonal downtime
- ✖ Decrease reliance on third-parties to lower customer-acquisition costs
- ✖ Drive incremental room revenue and increase online sales contribution
- ✖ Strategy and Outcome

**EXHIBIT 4**

**PAGE 43 OF 56**

**Client Profile #4** - Boston, MA - <u>View Case</u>

* Enhance asset awareness of superior rooms and location attributes
* Increase number of wedding and meeting RFPs generated from the website
* Increase RevPAR against branded competitive set
* Improve profitability through an increased online sales contribution
* <u>Strategy and Outcome</u>

**Client Profile #5** - Bethesda, MD - <u>View Case</u>

* Attract and capture Washington, D.C. area market competition
* Enhance asset awareness and RevPAR against competitive set
* Drive incremental room revenue and increase online sales contribution
* Decrease reliance on third-parties to lower customer-acquisition costs
* <u>Strategy and Outcome</u>

**Client Profile #6** - Richmond, VA - <u>View Case</u>

* Capitalize on numerous area demand generators by creating heightened online presence
* Target meeting planners to promote newly built executive meeting center
* Maintain market share despite new supply located in close proximity to major demand
* Gain online market share and RevPAR
* Lower customer-acquisition costs through decreased reliance on third-parties
* <u>Strategy and Outcome</u>

<u>Click here to learn more about TIG Global</u>

Learn More About Us  Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

**EXHIBIT** 4
**PAGE** 44 **OF** 56

**TIG Global**

# Case Studies

home > client success > case studies

Back to Previous Page

## Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

### Client Profile #1

Two independent all-suite hotels centrally located in downtown Baltimore. Together these hotels offer 360 spacious suites, two restaurants, two lounges, a health club facility, and spectacular event space.

### THE BUSINESS CHALLENGE:

Use the Internet to achieve the following goals:

- Enhance asset awareness and RevPAR against better known branded competitive set
- Generate group interest for the more than 30,000 square feet of meeting space set to open in 2005
- Improve profitability through decreased reliance on high-cost third-parties
- Increase top-line revenue and improve online sales contribution

### THE STRATEGY:

Client hired TIG Global in mid-2003 to develop and execute an aggressive online strategy to tap into the various demand generators in Baltimore area market. A key component of the program included saturation of online media to ensure prominent placements for the property in all major destination guides on the local, regional, and national level. TIG Global also focused its marketing efforts on all the top search engines, to capture leisure customers looking for luxury accommodations in the downtown area, and meeting and social planners looking to hold events in Baltimore.

### THE RESULTS:

Within the first year of consistent online marketing effort the properties:

- Tripled their online revenue, resulting in almost $700,000 booked direct online through the website
- Realized significant movement in their RevPAR Indexes and substantial market-share growth
- Collected more than 50 RFPs for a potential

EXHIBIT **4**

PAGE **45** OF **56**

✖ total of over 1,500 room-nights
✖ Received more than 150,000 total visitors, with one of every two site visitors clicking through to check rates and availability

<u>Back to Previous Page</u>

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE __46__ OF __56__

**TIG**
Global

home > client success > case studies

Back to Previous Page

## Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

**Client Profile #2**

Centrally located hotel in the heart of downtown Atlanta, this renovated 765-room hotel boasts an award-winning design, and offers 45,000 square feet of meeting space.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

- Increase number of meeting RFPs generated from the website
- Capitalize on proximity to local demand generators to capture corporate and leisure-transient business
- Overcome poor reputation of property prior to the new flag change
- Drive incremental room revenue and increase online sales contribution
- Lower customer-acquisition costs through decreased reliance on third-parties

**THE STRATEGY:**

Client hired TIG Global in mid-2003 to improve its web presence and increase its direct online revenue. TIG Global designed and developed a new customized website to showcase the unique boutique feel of the property. TIG Global performed extensive research of the Atlanta market and identified numerous local demand generators for the hotel. In tandem, TIG Global utilized its partnerships with local, regional, and national travel sites to ensure prominent placement for the property in all major destination guides. TIG Global launched an aggressive marketing campaign on all the top search engines to place the property in front of meeting and social planners looking to hold events in Atlanta, and leisure customers looking for accommodations in the downtown area.

**THE RESULTS:**

During a six-month interval of consistent online marketing the hotel:

- Generated more than 125 RFPs from the site, resulting in more than 3,000 room-night leads

EXHIBIT ___4___
PAGE __47__ OF _56_

✖ Increased its direct online revenue significantly, booking over $170,000 through its website (totaling $340,000 on an annualized basis)

✖ Received more than 80,000 total visitors, with 27% of the site visitors clicking through to check rates and availability

Back to Previous Page

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE __48__ OF _56_

home > client success > case studies

Back to Previous Page

**Case Studies**

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

**Client Profile #3**

A portal site designed for four economy-priced hotels in the American Southwest. These award-winning economy hotels cater to both mid-week corporate business and weekend leisure travelers.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

- ✹ Capitalize on area demand generators to capture leisure-transient and mid-week corporate business
- ✹ Increase demand during seasonal downtime
- ✹ Decrease reliance on third-parties to lower customer-acquisition costs
- ✹ Drive incremental room revenue and increase online sales contribution

**THE STRATEGY:**

Client hired TIG Global in mid-2003 to gain market share by capturing the demand in the Southwest region. TIG Global designed and developed a portal website to market the unique aspects of each hotel, as well as its respective markets. TIG Global researched the area markets and identified numerous local and national travel sites to partner with as part of its aggressive reciprocal linking strategy. Pay-per-click bidding on over 400 keywords and the creation of the optimized portal site were used as additional online marketing strategies to garner market share and increase online revenue. TIG Global also created and executed a targeted email marketing campaign to deliver qualified visitors to the site.

**THE RESULTS**:

During the first year of consistent online marketing the properties:

- ✹ Increased their online revenue significantly, booking almost $300,000 in direct online revenue through the website
- ✹ Received more than 100,000 total visitors, with 37% of the site visitors clicking through to

EXHIBIT __4__

PAGE __49__ OF __56__

check rates and availability

✳ Collected almost 1,400 email addresses of
visitors interested in receiving promotional
email campaigns

Back to Previous Page

**Driving Revenue. Direct.**

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                                                                      Privacy Policy | Terms and Conditions

EXHIBIT ____4____

PAGE __50__ OF __56__



home > client success > case studies

Back to Previous Page

**Case Studies**

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

## Client Profile #4

A 230-room luxury hotel located on the harbor in Boston, MA. Guest rooms offer magnificent views of the scenic harbor or the breathtaking skyline, and 15,000 square feet of meeting space can accommodate groups of 500 as gracefully as a private luncheon for 20.

### THE BUSINESS CHALLENGE:

Use the Internet to achieve the following goals:

* Enhance asset awareness of superior rooms and location attributes
* Increase number of wedding and meeting RFPs generated from the website
* Increase RevPAR against branded competitive set
* Improve profitability through an increased online sales contribution

### THE STRATEGY:

Client hired TIG Global in late-2002 to gain a stronger online presence and increase asset awareness. TIG Global launched and executed an aggressive Internet marketing campaign to achieve prominent search engine positioning and capture its fair share of the online market. TIG Global placed the property in front of leisure consumers actively searching for luxury accommodations in Boston's financial district and harbor area, as well as meeting and social planners looking for event venues in the city. TIG Global used Boston area demand generators to saturate the online media through placements in all major destination guides on the local, regional, and national level.

### THE RESULTS:

After a year of consistent Internet marketing the hotel:

* More than doubled its YOY online revenue
* Generated more than $850,000 direct online revenue booked through its website
* Received over 135 RFPs for a potential of more than 3,000 room nights
* Captured over 250,000 total visitors, with more

EXHIBIT _____4_____

PAGE __51__ OF __56__

than 65,000 site visitors clicking through to
check rates and availability

Back to Previous Page

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

EXHIBIT ____4____

PAGE __52__ OF __56__



home > client success > case studies

Back to Previous Page

**Case Studies**

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

## Client Profile #5

A mid-scale, limited-service, all-suite branded hotel located in the center of Bethesda, MD, a popular feeder market for price-conscious Washington, D.C. travelers. The property boasts more than 4,500 square feet of meeting space and close proximity to the Bethesda Metro station, which provides easy transportation to D.C. and northern Virginia attractions and landmarks.

### THE BUSINESS CHALLENGE:

Use the Internet to achieve the following goals:

* Attract and capture Washington, D.C. area market competition
* Enhance asset awareness and RevPAR against competitive set
* Drive incremental room revenue and increase online sales contribution
* Decrease reliance on third-parties to lower customer-acquisition costs

### THE STRATEGY:

Client hired TIG Global in June 2002 to capture market share and increase its online sales contribution. TIG Global team designed a customized website to highlight the property's unique attributes and optimized its content to achieve maximum search engine positioning. TIG Global conducted extensive market and competitive-set research in order to develop and execute comprehensive Internet marketing strategy, including prominent positioning on the major local and national travel sites. The online marketing campaign is targeted to reach a wide variety of consumer types including leisure travelers, extended-stay customers, group business, and meeting planners.

### THE RESULTS:

During a year of consistent online marketing effort the client:

* Realized significant movement in its RevPAR Indexes
* Increased its online revenue by booking almost

EXHIBIT ___4___
PAGE __53__ OF __56__

$200,000 in direct revenue through the website

✱ Collected over 200 group, extended-stay, and meeting leads generated from the website

✱ Received more than 57,000 total visitors, with 30% of the site visitors clicking through to check rates and availability

Back to Previous Page

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                                                        Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE _54_ OF _56_



Case Studies

home > client success > case studies

Back to Previous Page

**Case Studies**

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

## Client Profile #6

Mid-scale, all-suite branded property located in Richmond, VA. Equipped with 9,000 square feet of meeting space, this 226-suite hotel is the area's premier location for corporate events.

### THE BUSINESS CHALLENGE:

Use the Internet to achieve the following goals:

* Capitalize on numerous area demand generators by creating heightened online presence
* Target meeting planners to promote newly built executive meeting center
* Maintain market share despite new supply located in close proximity to major demand
* Gain online market share and RevPAR
* Lower customer-acquisition costs through decreased reliance on third-parties

### THE STRATEGY:

Client hired TIG Global in January 2002 to gain market share in the competitive online arena and to increase brand-direct online sales. TIG Global extensively researched the local market and the property's competitive set to identify the best local and national travel site partners. TIG Global utilized its large client base as leverage to negotiate featured advertising placements at highly discounted pricing. TIG Global also optimized the website content and used a pay-per-click strategy of bidding on over 200 keywords to rank high in the search engines and increase the online revenue.

### THE RESULTS:

After a year of consistent online marketing the client:

* Increased its online revenue, resulting in over $800,000 booked direct online through the website
* Collected almost 20 RFPs since the Executive Meeting Center opening, for a potential of over 300 room nights
* Realized significant movement in its RevPAR

EXHIBIT ___4___

PAGE __55__ OF __56__

Indexes

✳ Received more than 123,000 total visitors, with
25% of the site visitors clicking through to
check rates and availability

Back to Previous Page

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                                                    Privacy Policy | Terms and Conditions

EXHIBIT ___4___
PAGE _56_ OF _56_

AO 120 (Rev.3/04)

| TO:          Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>05cv2198 | DATE FILED<br><br>12/01/05 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Pc Specialists Inc | | DEFENDANT<br><br>Theyer Interactive |

| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|---|---|---|
| 1 2,391,057 | 10/03/00 | Technology Integration Goup |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Director            Copy 3 - Upon termination of action, mail this copy to Director
Copy 2 - Upon filing document adding patent(s), mail this copy to Director     Copy 4 - Case file copy

≈JS 44 (Rev. 11/04)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PC SPECIALISTS, INC., a California corporation, | THAYER INTERACTIVE GROUP LLC, a Delaware limited liability company, |

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  05 DEC -1 PM 1: 12
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.  CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Callie A. Bjurstrom
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101
619.236.1414

Attorneys (If Known)

**'05 CV 2198 · · B JMA**
DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | Appeal to District ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. sections 1114, 1125(a), 1125(c)(1) and 1125(d)
Brief description of cause:
Complaint for trademark infringement, etc.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  December 1, 2005
SIGNATURE OF ATTORNEY OF RECORD
Callie A. Bjurstrom  *Callie A. Bjurst...*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CA 119181  $250.00

American LegalNet, Inc. | www.USCourtForms.com