USDC SCAN INDEX SHEET

















RYC 2/28/06 15:53

3:05-CV-02198 PC SPECIALISTS INC V. THAYER INTERACTIVE

*5*

*NTCCSDISM.*

Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar No. 209842
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff PC SPECIALISTS, INC.

FILED
06 FEB 27 PM 3:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PC SPECIALISTS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>THAYER INTERACTIVE GROUP LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 05-CV-2198B (JMA)<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(i)]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff PC Specialists, Inc. hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and files this notice of dismissal before service by Defendant, Thayer Interactive Group, LLC, of either an answer or a motion for summary judgment.

DATED: February 24, 2006

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Michelle A. Herrera
Callie A. Bjurstrom
Michelle A. Herrera
Attorneys for Plaintiff PC Specialists, Inc.

ENTERED ON FEB 28 2006

5

**PROOF OF SERVICE**

*PC SPECIALISTS, INC. v. THAYER INTERACTIVE GROUP LLC*
U.S. District Court, So. Dist., Case No. 05-CV-2198 B (JMA)

I, Diane Bertholet, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On **February 27, 2006,** I served the foregoing document described as:

**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

on the interested parties in this action by:

X **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each addressee named below for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

____ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via FedEx.

____ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

____ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Brian M. Daucher, Esq.
Sheppard Mullin Richter & Hampton
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Tel: 714-513-5100
Fax: 714-428-5925

*Attorneys for Defendant*
*THAYER INTERACTIVE GROUP LLC*

/ / /

/ / /

/ / /

/ / /

_______(STATE): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on **February 27, 2006.**

Diane Bertholet

2140644.2