USDC SCAN INDEX SHEET










RYC     3/13/06     10:22
3:05-CV-02198     PC SPECIALISTS INC V. THAYER INTERACTIVE
*6*
*O.*

FILED
06 MAR 10 AM 9: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PC SPECIALISTS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>THAYER INTERACTIVE GROUP LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 05-CV-2198 B(JMA)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal of Action Without Prejudice filed by Plaintiff PC Specialists, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), on February 27, 2006,

IT IS HEREBY ORDERED:

The above-captioned action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 3-9-06                    _____
                                  United States District Judge

2162608.1

1                                                                05-CV-2198 B(JMA)

# PROOF OF SERVICE

*PC SPECIALISTS, INC. v. THAYER INTERACTIVE GROUP LLC*
U.S. District Court, So. Dist., Case No. 05-CV-2198 B (JMA)

I, Diane Bertholet, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On **March 6, 2006**, I served the foregoing document described as:

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

on the interested parties in this action by:

__X__   **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each addressee named below for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____   **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via FedEx.

_____   **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

_____   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

| | |
|---|---|
| Brian M. Daucher, Esq.<br>Sheppard Mullin Richter & Hampton<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993<br>Tel: 714-513-5100<br>Fax: 714-428-5925 | *Attorneys for Defendant*<br>*THAYER INTERACTIVE GROUP LLC* |

1

1  _____ (STATE): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3  __XX__  (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on **March 6, 2006.**

_____*Diane Bertholet*_____
Diane Bertholet

2140644.2